IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LABORERS' PENSION FUND and )
LABORERS' WELFARE FUND OF THE )
HEALTH AND WELFARE DEPARTMENT )
OF THE CONSTRUCTION AND GENERAL )
LABORERS' DISTRICT COUNCIL OF )
CHICAGO AND VICINITY, and JAMES S. )
JORGENSEN, Administrator of the Funds, )
)
      Plaintiffs, ) Case No. 06 C 3232
 v. )
) Judge Hart
FELIX COMPANY, INC., an Illinois )
corporation, )
)
      Defendant. )

## MOTION TO REINSTATE AND ENTER JUDGMENT AGAINST ANA FELIX, INDIVIDUALLY

  Now come Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds (hereinafter collectively the "Funds"), by and through their attorney, Amy Carollo, and hereby request that this Court reinstate this matter against Defendant Felix Company, Inc. ("Felix") and to enter judgment against Ana Felix, individually, for violating the citation to discover assets. In support of this Motion, Plaintiffs state as follows:

  1.  On February 13, 2008, Felix filed a petition under Chapter 7 of the Bankruptcy Code, staying any actions to enforce or collect against Debtor pursuant to Section 362 of the Federal Rules of Bankruptcy Procedure. 11 USC § 362.

2.      Prior to the commencement of the bankruptcy case, on June 13, 2006, the Funds filed a Complaint in the Northern District of Illinois, Eastern Division (06-CV-3232) against Defendant Felix Company, Inc. Amongst other things, the Funds sought to compel the Debtor to submit outstanding benefit contributions and dues for the audit period of June 1, 2004 through December 31, 2005.

3.      On October 3, 2007, this Court entered judgment in favor of the Funds in the amount of $244,211.43.

4.      A Citation to Discover Assets ("Citation") was issued as to Defendant Felix Company, c/o Ana Maria Felix on October 23, 2007 returnable at the office of Plaintiffs' Counsel on Tuesday, November 20, 2007 at 1:00 p.m. A true and accurate copy of the Citation to Discover Assets is attached as Exhibit A.

5.      The Citation was served at the Company's office/Office of the Registered Agent; the Company's Manager, David Felix, accepted service on October 28, 2007. A true and accurate copy of the Affidavit of Service of the Citation to Discover Assets is attached as Exhibit B.

6.      The Citation deposition was conducted on January 18, 2008; it was entered and continued to February 8, 2008 to allow the Company to produce the documents required in the Citation. On February 13, 2008, the Company filed for Chapter 7 Bankruptcy.

7.      The Citation states:

> YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the Judgment Debtor or to which the Judgment Creditors may be entitled or which may be acquired by or become due to the Judgment Debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the Judgment Debtor, until the further

order of court or termination of proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment. *See* Exhibit A.

8. After October 28, 2007, Ana Felix, as President of Felix Company, Inc., transferred or allowed to be transferred, non-exempt Felix property, namely twenty-eight (28) checks, totaling $23,996.27. A copy of Felix's Check Register is attached as Exhibit C.

9. Upon service of the citation to discover assets, the judgment becomes a lien on the judgment debtor's property. 735 ILCS 5/2-1402(m)(1) (2008).

10. A court "may punish any party who violates the restraining provision of a citation as and for a contempt, or if the party is a third party may enter judgment against him or her in the amount of the judgment and costs allowable under this Section, or in the amount of the value of the property transferred, whichever is lesser." 735 ILCS5/2-1402(f)(1) (2008). Corporate officers "are obligated to obey judicial orders directed at their corporations" and are personally liable when they permit the corporation to make payments in violation of the citation. *City of Chicago v. Air Auto Leasing Co.*, 297 Ill. App. 3d 873, 879 (Ill. App. 1998).

11. The Plaintiffs filed a Motion in Bankruptcy Case 08-BK-3265 seeking modification of the automatic stay to allow the Plaintiffs to reinstate Debtor Felix Company, in name only, in this instant federal court action in order to pursue Ana Felix in her individual capacity for making or allowing any transfer of Felix Company's assets in violation of the citation to discover assets. The Plaintiffs' Motion was granted and an Order Granting Relief

from the Automatic Stay was entered by United States Bankruptcy Judge John D. Schwartz on April 29, 2008. A true and accurate copy of Judge Schwartz's April 29, 2008 Order is attached hereto as Exhibit D.

12. Accordingly, Plaintiffs respectfully request that this Court reinstate case number 06 C 3232 against Defendant Felix Company, Inc. The Plaintiffs also request that this Court enter judgment against Ana Felix, individually, for violating the citation to discover assets lien when she transferred or allowed to be transferred, non-exempt Felix property, namely twenty-eight (28) checks, totaling $23,996.27.

WHEREFORE, Plaintiffs respectfully request that this Court reinstate the case against Defendant Felix Company, Inc. and enter judgment against Ana Felix, individually, for violating the citation to discover assets.

Respectfully submitted,

Dated: May 2, 2008

Laborers' Pension Fund, et al.

By: /s/ Amy Carollo

Office of Fund Counsel
53 W. Jackson Blvd., Suite 550
Chicago, IL 60604
(312) 692-1540

## CITATION TO DISCOVER ASSETS

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) Case No. 06 C 3232 |
| v. | ) ) Judge Hart |
| FELIX COMPANY, INC., an Illinois corporation, | ) ) ) ) |
| Defendant. | ) |

Amount of Judgment:   $244,211.43

Date of Judgment:   Judgment Order dated October 3, 2007

Balance Due:   $244,211.43

Name of Court:   United States District Court for the Northern District of Illinois, Eastern Division

Case Number:   06 C 3232

**Name of Person Receiving Citation:** Felix Company, Inc., c/o Ana Maria Felix, Registered Agent, 15 W 673 Virginia Lane, Elmhurst, Illinois 60126

WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.


EXHIBIT A

## CITATION NOTICE

| | |
|---|---|
| **Name and Address of Court:** | United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., 20th Floor, Chicago, Illinois 60604 |
| **Name of Case:** | Laborers' Pension Fund, et al. v. Felix Company, Inc. |
| **Address of Judgment Debtor:** | Felix Company, Inc., c/o Ana Maria Felix, Registered Agent, 15 W 673 Virginia Lane Elmhurst, Illinois 60126 |
| **Name and Address of Attorney for Judgment Creditor:** | Amy Carollo LABORERS' PENSION AND WELFARE FUNDS Sub-Office: 53 W. Jackson Blvd., Suite 550 Chicago, Illinois 60604 |
| **Amount of Judgment:** | $244,211.43 |
| **Return Date and Time:** | Tuesday, November 20, 2007 at 1:00 p.m. |
| **Location:** | Laborers' Pension and Welfare Fund, Fund Counsel Office, 53 W. Jackson Blvd., Suite 550, Chicago, IL 60604, (312) 692-1540, FAX: (312) 692-1489 |

NOTICE: The Court has issued a citation against the person or party named above. This Citation directs you to appear before the above named attorney for the Plaintiffs, at 53 W. Jackson Blvd., Suite 550, Chicago, IL 60604 on the return date stated above, for purpose of allowing the judgment creditor to discover income and assets belonging to the Judgment Debtor or in which the Judgment Debtor has an interest. The Citation was issued on the basis of a judgment against the Judgment Debtor in favor of the Judgment Creditors in the amount stated above. On or after the return date stated above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

2

YOU ARE COMMANDED to produce at the examination all books, records and documents belonging to the business entity which include, but are not limited to:

1. All pass books, check books and bank statements, including proof of safety deposit boxes, money market accounts, certificates of deposit, treasury bills from 2002 through the present including all such accounts in which your interest is direct, indirect, legal or beneficial;

2. All deeds, bills of sale, documents which evidence or reflect real or personal ownership of property, leaseholds, and similar documents evidencing assets and the value thereof from 1988 to the present, including but not limited to mortgages on property, commercial paper, judgments, antiques, art, stamp or coin collections;

3. All stock certificates or other evidence of ownership of securities, bonds and like interests jointly or individually owned;

4. All books, records, papers in your possession and control which may contain information concerning property or income of, or indebtedness due judgment debtor;

5. Federal and State income tax returns and corresponding schedules for 2002 through the present;

6. All certificates of title to automobiles, trucks, trailers and other vehicles including boats, motor homes and accessories owned individually or jointly;

7. All documents which show direct or indirect interest in insurance policies, including names of insurance companies issuing each policy and an itemization of surrender of cash value of each in which the Judgment Debtor or any of its individual owners or operators had or has an interest;

8. An inventory of personal property owned individually or jointly owned;

9. All Financial accounting reports, and reports filed annually with the Secretary of State's office or any other governmental entity. Include financial statements prepared by defendant within the last five years in connection with their attempts to procure any loans or financing;

10. All canceled checks in any checking accounts and bank statements from 2002 to the present;

11. All documents establishing the Judgment Debtor's sources of income;

12. All lease documents entered into between the Judgment Debtor and any other third party;

3

13. All documents showing loans the Judgment Debtor obtained from any institutions or individuals including family members and insurance companies;

14. All documents which establish that you are a co-maker, endorser or guarantor of any loan;

15. All documents establishing purchases the Judgment Debtor made on an installment basis;

16. All documents which establish the existence of property at which you own an interest which is held by a third party.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the Judgment Debtor or to which the Judgment Creditors may be entitled or which may be acquired by or become due to the Judgment Debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the Judgment Debtor, until the further order of Court or termination of proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

The Judgment Debtor may have possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The Judgment Debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at the office of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing from the Court and will provide the necessary forms that must be prepared by the Judgment Debtor or the Attorney for the Judgment Debtor and sent to the Judgment Creditor and the Judgment Creditors' attorney regarding the time and location of hearing. This notice may be sent by regular first class mail.

## DECLARATION AND CERTIFICATE OF JUDGMENT CREDITOR

I, Amy Carollo, attorney for the Judgment Creditors, certify to the Court under penalties as provided by law pursuant to 735 ILCS 5/1-109, that all information stated herein is true.

*Amy Carollo*
Amy Carollo
October 23, 2007

Office of Fund Counsel
53 W. Jackson Blvd., Suite 550
Chicago, IL 60604
(312) 692-1540
(312) 692-1489 (FAX)

MICHAEL W. DOBBINS
CLERK OF COURT
*Roberto C. Cornejo*
DEPUTY

October 23, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br><br> Plaintiffs, <br><br> v. <br><br> FELIX COMPANY, INC., an Illinois corporation, <br><br> Defendant. | Case No. 06 C 3232 <br><br> Judge Hart |

## JUDGMENT ORDER

This matter having come to be heard on Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Funds") and James S. Jorgensen's Oral Motion for Entry of Judgment in Sum Certain, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That judgment in sum certain is hereby entered in favor of the Plaintiffs and against Defendant Felix Company, Inc. (hereinafter the "Company") in the amount of $244,211.43, as follows:

   (a)   $236,506.83 in unpaid contributions, interest, liquidated damages, union dues, and audit costs pursuant to an audit for the period of June 1, 2004 through December 31, 2005;

  (b) $7,704.60 representing attorneys' fees and costs.

2. Defendant Company is hereby ordered to pay post-judgment interest on all amounts set forth herein until they are paid to the Funds.

ENTER:

*/s/ William T. Hart*
The Honorable William T. Hart
United States District Court Judge

Dated: 10/3/07

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 C 3232 | DATE | 10/3/2007 |
| CASE TITLE | Laborers' Pension Fund, et al. Vs. Felix Company, Inc. | | |

**DOCKET ENTRY TEXT**

Prove Up held. Court enters judgment in favor of plaintiffs and against defendant in the amount of $244,211.48. Enter Judgment Order.

■ [ For further detail see separate order(s).]                Docketing to mail notice

00:05

Courtroom Deputy Initials: CW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LABORERS' PENSION FUND, ET AL

PLAINTIFF(S)

vs.

FELIX COMPANY, INC.

DEFENDANT(S)

COURT DATE: 11/20/2007

Case No.
06 C 3232

AFFIDAVIT OF SERVICE OF:
CITATION TO DISCOVER ASSETS; CITATION NOTICE; DECLARATIO
AND CERTIFICATE OF JUDGEMENT CREDITOR; JUDGEMENT ORDE

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Oct 28, 2007**, at **3:10 PM**, I served the above described documents upon **FELIX COMPANY, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **DAVID A FELIX / MANAGER**, officer, managing agent or authorized agent of the within named company.

Said service was effected at **15W673 VIRGINIA LANE, ELMHURST, IL 60126.**

**DESCRIPTION:** Gender: **M** Race: **WHITE** Age: **40** Hgt: **5'9"** Wgt: **190** Hair: **BLACK** Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_Eddie J. Borja_
Eddie J. Borja, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 29th day of October, 2007

_Joan C. Harenberg_
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
34395



EXHIBIT B

ATTACHMENT S.F.A. 3b.

```
                                                                                                        PAGE 1
AP720                                           FELIX COMPANY, INC.                          JAN 16, 2008  20:07
ACCOUNTING MONTH/YEAR:10/07                        CHECK REGISTER
NOT POSTED TO LEDGER,VENDOR# 0 - 99999
                                                CHECK         CASH    DISCOUNT    PAYMENT              CHECK
VEND# JOB # PHAS  INVOICE#  SQ   VENDOR NAME    MO/YR  DATE   ACCT #   AMOUNT     AMOUNT     CHECK#    AMOUNT
----- ----- ----  --------  --   -----------    -----  ----   ------  --------   --------    ------   ------

 3466    0    0   5737      70 INTERNAL REVENUE SERV 10/07 10/02/07   1020.00      .00       1,077.35   5737   1,077.35

 2581    0    0   5738      70 GMAC PAYMENT PROCESSI 10/07 10/02/07   1020.00      .00       2,739.70   5738   2,739.70

 3369    0    0   5739      70 IL DEPT OF REVENUE    10/07 10/02/07   1020.00      .00         432.00   5739     432.00

 1019    0    0   5740      70 COMMONWEALTH EDISON   10/07 10/02/07   1020.00      .00          94.47   5740      94.47

 3373    0    0   5741      70 ILLINOIS-AMERICAN WAT 10/07 10/02/07   1020.00      .00         135.50   5741     135.50

 8811    0    0   5742      70 WASTE MANAGEMENT NORT 10/07 10/02/07   1020.00      .00         136.50   5742     136.50

 7209    0    0   69021-IN  70 SAMS 24 HOUR TOWING S 10/07 10/02/07   1020.00      .00         263.14   5743     263.14

 3368    0    0   5744      70 IL DEPT OF EMPLOYMENT 10/07 10/08/07   1020.00      .00         561.86   5744     561.86

 2257 93000 100   5745      70 FRANCISCO SANCHEZ     10/07 10/26/07   1020.00      .00       2,392.50   5745   2,392.50
                                                                                  ---                          --------
                                                                                   .00                         7,833.02
REPORT TOTALS --->   9  CHECKS
NET CHANGE IN AP $    -7,833.02
                                 CASH TOTALS:        ACCOUNT #1020.00 CASH-ELGIN (81159-01)             7,833.02
```

EXHIBIT C

```
                                                    CHECK       CASH   DISCOUNT  PAYMENT                CHECK
VEND# JOB # PHAS  INVOICE#  SQ   VENDOR NAME   MO/YR DATE      ACCT #   AMOUNT    AMOUNT   CHECK#      AMOUNT

 5798   0    0   C27497    70 ONE TIME VENDOR   11/07 11/29/07  1040.00    .00      709.96   1002       709.96
  928   0    0   5746      70 CINGULAR WIRELESS 11/07 11/01/07  1020.00    .00      934.58   5746       934.58
 5798   0    0   5747      70 ONE TIME VENDOR   11/07 11/01/07  1020.00    .00    1,351.00   5747     1,351.00
 5322   0    0   5748      70 NICOR GAS         11/07 11/01/07  1020.00    .00      138.67   5748       138.67
 2581   0    0   5749      70 GMAC PAYMENT PROCESSI 11/07 11/01/07 1020.00 .00    2,752.23   5749     2,752.23
 7308   0    0   5750      70 SHELL OIL         11/07 11/01/07  1020.00    .00      990.70   5750       990.70
 1024   0    0   5751      70 COMCAST           11/07 11/01/07  1020.00    .00      358.56   5751       358.56
 2928   0    0   5752      70 HINKLEY SPRINGS   11/07 11/05/07  1020.00    .00      106.96   5752       106.96
 4922   0    0   5753      70 MICHAEL J. MORRISROE, 11/07 11/07/07 1020.00 .00      498.00   5753       498.00
 8811   0    0   5754      70 WASTE MANAGEMENT NORT 11/07 11/07/07 1020.00 .00      136.87   5754       136.87
 3373   0    0   5755      70 ILLINOIS-AMERICAN WAT 11/07 11/01/07 1020.00 .00      122.07   5755       122.07
  297   0    0   5756      70 A.T. & T.         11/07 11/01/07  1020.00    .00      103.95   5756       103.95
 6302   0    0   5757      70 PUBLIC STORAGE SCHILL 11/07 11/13/07 1020.00 .00      641.28   5757       641.28
 7208   0    0   5758      70 SAM FELIX         11/07 11/10/07  1020.00    .00   10,000.00   5758    10,000.00
 5798   0    0   5759      70 ONE TIME VENDOR   11/07 11/10/07  1020.00    .00      500.00   5759       500.00
 5776   0    0   5760      70 OLSON'S ACE HARDWARE 11/07 11/10/07 1020.00  .00      212.20   5760       212.20
 1019   0    0   5761      70 COMMONWEALTH EDISON 11/07 11/10/07 1020.00   .00       14.11   5761        14.11
  297   0    0   5762      70 A.T. & T.         11/07 11/10/07  1020.00    .00       58.61   5762        58.61
  932   0    0   5763      70 CITY OF CHICAGO DEPT. 11/07 11/10/07 1020.00 .00       60.00   5763        60.00
 7236   0    0   55940THI  70 SCHWARZ NURSERY, INC. 11/07 11/16/07 1020.00 .00       41.71   5764        41.71
 1019   0    0   5765      70 COMMONWEALTH EDISON 11/07 11/10/07 1020.00   .00      145.58   5765       145.58
  297   0    0   5766      70 A.T. & T.         11/07 11/10/07  1020.00    .00       97.36   5766        97.36

REPORT TOTALS --->  22 CHECKS                                              .00                       19,974.40
NET CHANGE IN AP $    -19,974.40
                                  CASH TOTALS:     ACCOUNT #1040.00 CASH-WASHINGTON MUTUAL              709.96
                                                   ACCOUNT #1020.00 CASH-ELGIN (81159-01)            19,264.44
```

```
AP720                                    FELIX COMPANY, INC.                                              PAGE 1
ACCOUNTING MONTH/YEAR:12/07                 CHECK REGISTER                                    JAN 30, 2008   1:36
NOT POSTED TO LEDGER,VENDOR# 0 - 99999
                                                      CHECK        CASH    DISCOUNT   PAYMENT              CHECK
VEND#  JOB #  PHAS  INVOICE#  SQ   VENDOR NAME   MO/YR  DATE       ACCT #   AMOUNT    AMOUNT     CHECK#    AMOUNT

 5798    0     0   115366    70  ONE TIME VENDOR  12/07 12/20/07  1040.00     .00       150.00    1004       150.00

 7308    0     0   1005      70  SHELL OIL        12/07 12/20/07  1040.00     .00     1,309.16    1005     1,309.16

 5798    0     0   1272      70  ONE TIME VENDOR  12/07 12/10/07  1020.00     .00     1,058.97    5767     1,058.97

 2928    0     0   5768      70  HINKLEY SPRINGS  12/07 12/17/07  1020.00     .00        95.74    5768        95.74

 6302    0     0   5769      70  PUBLIC STORAGE SCHILL 12/07 12/18/07 1020.00 .00      641.28     5769       641.28

 5798    0     0   5770      70  ONE TIME VENDOR  12/07 12/17/07  1020.00     .00       766.72    5770       766.72

REPORT TOTALS --->  6  CHECKS                                                  .00                         4,021.87
NET CHANGE IN AP $     -4,021.87
                                 CASH TOTALS:    ACCOUNT #1040.00 CASH-WASHINGTON MUTUAL                   1,459.16
                                                 ACCOUNT #1020.00 CASH-ELGIN (81159-01)                    2,562.71
```

```
                                                                                                                      .00

AP720                                     FELIX COMPANY, INC.                                                    PAGE 1
ACCOUNTING MONTH/YEAR: 1/08               CHECK REGISTER                                         JAN 30, 2008    1:37
NOT POSTED TO LEDGER,VENDOR# 0 - 99999
                                                       CHECK          CASH    DISCOUNT   PAYMENT              CHECK
VEND# JOB # PHAS  INVOICE#  SQ    VENDOR NAME   MO/YR  DATE           ACCT #  AMOUNT     AMOUNT     CHECK#     AMOUNT
----- ----- ----  ---------- --  -----------------  -----  --------   ------- ---------- ---------- ---------- --------------
REPORT TOTALS --->  0   CHECKS                                                  .00                              .00
NET CHANGE IN AP $          .00
```

# REQUIRED STATEMENT TO ACCOMPANY
# ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Felix Company, Inc.__ Case No. __08-03265__ Chapter __7__

All Cases: Moving Creditor __Laborers' Pension Fund, et al__ Date Case Filed __February 13, 2008__

Nature of Relief Sought: ☒ Lift Stay ☐ Annul Stay ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
☒ No-Asset Report not Filed, Date of Creditors Meeting __April 8, 2008__

1. Collateral
   a. ☐ Home
   b. ☐ Car Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date $ __244,211.43__
   Total of all other Liens against Collateral $ _____

3. Estimated Value of Collateral (*must* be supplied if motion alleges no equity) $ _____

4. Default
   a. ☐ Pre-Petition Default
      Number of months _____ Amount $ _____

   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____ Amount $ _____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____ Amount $ _____

5. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☒ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☒ Other (describe) __post-judgment citation proceedings for non-estate assets...__

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm ii. ☐ Redeem
      iii. ☐ Surrender iv. ☐ No Statement of Intention Filed

Date: __March 19, 2008__    __Amy Carollo__
                             Counsel for Movant

(Rev. 6/25/07)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 08-3265 |
| FELIX COMPANY, INC., | ) | Judge Squires |
| | ) | Hearing Date: March 28, 2008 |
| Debtor. | ) | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This matter having come to be heard on the Motion of Movant Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen for Relief from the Automatic Stay, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Pursuant to Section 362(d) of the Bankruptcy Code, the automatic stay in this case is hereby modified to permit the Laborers' Funds to reinstate Debtor Felix Company, Inc., in name only, in their federal court action in the Northern District of Illinois (06-CV-3232) to pursue Ana Felix in her individual capacity for making or allowing any transfer of Felix Company's assets in violation of the citation to discover assets.

ENTER:

_[signature]_

The Honorable John D. Schwartz
United States Bankruptcy Judge

Dated: **2 9 APR 2008**

1

**EXHIBIT D**

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused copies of the foregoing Motion to Reinstate and to Enter Judgment Against Ana Felix, Individually, to be served upon the following persons by mailing a copy to the addressees noted below and depositing same in the U.S. Mail at 111 W. Jackson Blvd., Chicago, Illinois 60604 on May 2, 2008 with proper postage prepaid.

Mr. Kent Gaertner
Springer, Brown, Covey, Gaertner & Davis
400 S. County Farm Rd.
Suite 330
Wheaton, IL 60187

Ms. Brenda Porter Helms ESQ, Trustee
The Helms Law Firm, P.C.
3400 West Lawrence
Chicago, IL 60625

Ana Maria Felix
15W673 Virginia Lane
Elmhurst, IL 60126

Courtesy Copy
Francis John Wesolowski
Michael J. Morrisroe Ltd.
114 South Bloomingdale Road
Bloomingdale, IL 60108

/s/ Amy Carollo